UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY PETTEY<br><br>    Plaintiff,<br><br>  v.<br><br>LABCORP; JOHN DOE, I through V, as urine testing entity, ANTOINETTE JEFFERSON; RICHARD ROE, I through V, as courier and/or chain of possession entity,<br><br>    Defendants. | CIVIL ACTION NO: 11-cv-04130 (RBK)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendant Laboratory Corporation of America Holdings, incorrectly identified as Laboratory Corporation of America.

> Sean R. Flanagan
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York  10178
> Phone:  (212) 808-7800
> Fax:  (212) 808-7897

Dated:     Parsippany, New Jersey
            July 20, 2011

                        KELLEY DRYE & WARREN LLP

                        By: */s/ Sean R. Flanagan*
                              Sean R. Flanagan
                              200 Kimball Drive
                              Parsippany, New Jersey 07054
                              (973) 503-5900
                              Attorneys for Defendant
                              Laboratory Corporation of
                              America Holdings

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2011, I caused to be served the attached NOTICE OF APPEARANCE in accordance with the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Rules, upon the following parties:

> Stephen P. Chatburn, Esq.
> Chatburn & Tighe, P.A.
> 4501 Church Road
> Mt. Laurel, NJ  08054

Dated: July 20, 2011

                                                                                                      */s/ Sean R. Flanagan*
                                                                                                           Sean R. Flanagan