# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY PETTEY<br><br>Plaintiff,<br><br>v.<br><br>LABCORP; JOHN DOE, I through V, as urine testing entity, ANTOINETTE JEFFERSON; RICHARD ROE, I through V, as courier and/or chain of possession entity,<br><br>Defendants. | CIVIL ACTION NO: 11-cv-04130 (RBK)(AMD) |

IT IS HEREBY STIPULATED AND AGREED by and between attorneys for Plaintiff Robert N. Mitchell and Defendant Laboratory Corporation of America Holdings that, pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action and all claims asserted or that could have been asserted therein be, and hereby is, dismissed with prejudice without further costs to any party as against another.

Dated: Mt. Laurel, New Jersey
Augsut 23, 2011

CHATBURN & TIGHE, P.A.

By: _____
Stephen P. Chatburn, Esq.
4501 Church Road
Mt. Laurel, NJ 08054
Telephone: (856) 778-0877
*Attorneys for Plaintiff Gregory Pettey*

Dated: New York, New York
August 23, 2011

KELLEY DRYE & WARREN LLP

By: _____
Robert I. Steiner
101 Park Avenue
New York, New York
Telephone: (212) 808-7800
*Attorneys for Defendants Laboratory Corporation of America and Laboratory Corporation of America Holdings*

NY01/FLANS/1487159.1